**Opinion issued November 9, 2017**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-16-00855-CV

————————————

## DTM ASSETS, LP, A TEXAS LIMITED PARTNERSHIP AND DAVID MCDONALD, Appellants

## V.

## FDNM, INC. A TEXAS CORPORATION, Appellee

On Appeal from the 164th District Court
Harris County, Texas
Trial Court Case No. 2013-42111

## MEMORANDUM OPINION

Appellants, DTM Assets, LP, and David McDonald, and appellee, FDNM, Inc., have filed a "Joint Motion to Dismiss Appeal." The parties state that they have reached a settlement agreement, and they request that this Court dismiss the appeal

and order that each party bear their own costs.  *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).  No opinion has issued in this case.  *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the parties' joint motion and dismiss the appeal, with costs taxed against the party incurring same.  *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We further direct the Clerk to issue the mandate within ten days of this opinion.  *See* TEX. R. APP. P. 18.1(c).

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Keyes and Caughey.